ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Weston Hills
Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE, L.P., a Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 1168 ASPEN CLIFF; WESTON HILLS HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:16-CV-02618-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR WESTON HILLS HOMEOWNERS ASSOCIATION TO ANSWER COMPLAINT** |

The parties, by and through their respective attorneys, stipulate as follows:

**STIPULATION**

1. Selene Finance, L.P. ("Selene") filed the complaint on November 14, 2016. (ECF No. 1).

2. Counsel for Weston Hills Homeowners Association ("Weston") appeared on January 17, 2017.

3. An administrative action involving the property and foreclosure sale at issue in this action is pending. Selene and Weston are actively participating in the administrative action with mediation presently scheduled for January 24, 2017. The parties agree that there is good cause to extend the time for Weston to answer to a date after this mediation.

4. The parties, therefore, agree to continue the time for Weston to answer the complaint to Friday, **January 27, 2017**.

| | |
|---|---|
| Dated: January 19, 2017<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>     /s/Ashlie L. Surur     <br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Weston Hills Homeowners Association* | Dated: January 18, 2017<br><br>AKERMAN LLP<br><br>     /s/Tenesa S. Scaturro     <br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Tenesa S. Scaturro, Esq.<br>Nevada Bar No. 12488<br>1160 N. Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Selene Finance, L.P.* |
| Dated: January 18, 2017<br><br>LAW OFFICE OF MICHEAL F. BOHN<br><br>     /s/Adam R. Trippiedi     <br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>376 East Warm Springs Rd., Ste #140<br>Las Vegas, Nevada 89119<br>*Attorneys for Saticoy Bay LLC Series 1168 Aspen Cliff* | |

HALL, JAFFE & CLAYTON, LLP

By:   /s/Ashlie L. Surur   
Ashlie L. Surur, Esq.
Nevada Bar No.11290
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Weston Hills Homeowners Association*

**ORDER**

IT IS SO ORDERED.

DATED: January 20, 2017

_____
United States Magistrate Judge