MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Saticoy Bay LLC Series 1168 Aspen Cliff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC SERIES 1168 ASPEN CLIFF; WESTON HILLS HOMEOWNERS' ASSOCIATION, <br><br> Defendants. | CASE NO.: 2:16-cv-02618-JAD-NJK |

## SUBSTITUTION OF ATTORNEYS

Saticoy Bay LLC Series 1168 Aspen Cliff, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

DATED this 30th day of July, 2018.

By:_____
Iyad "Eddie" Haddad

1

1 | MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Saticoy Bay LLC Series 1168 Aspen Cliff, in the above entitled matter.

DATED this 30th day of July, 2018.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: */s/Michael F. Bohn, Esq./*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Saticoy Bay LLC Series 1168 Aspen Cliff.

DATED this 29th day of July, 2018.

GEISENDORF & VILKIN, PLLC

By: */s/ Charles L. Geisendorf*
Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
2470 St. Rose Parkway, Suite 309
Henderson, NV 89074

IT IS SO ORDERED.
Dated: July 31, 2018
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2