MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC Series
1168 Aspen Cliff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SELENE FINANCE, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC SERIES 1168 ASPEN CLIFF; WESTON HILLS HOMEOWNERS' ASSOCIATION, <br><br> Defendants. | CASE NO.: 2:16-cv-02618-JAD-NJK <br><br> **STIPULATION TO WITHDRAW SUMMARY JUDGMENT MOTION (ECF 37)** <br><br> ECF Nos. 37, 38 |
| SATICOY BAY LLC SERIES 1168 ASPEN CLIFF, <br><br> Counterclaimant, <br><br> v. <br><br> SELENE FINANCE, L.P., <br><br> Counterdefendant. | |

Defendant Saticoy Bay LLC Series 1168 Aspen Cliff, by and through its attorney, Michael F. Bohn, Esq., and plaintiff Selene Finance, L.P., by and through it's attorney Tenesa Powell, Esq. stipulate and agree as follows:

1. The motion for summary judgment filed by defendant Saticoy Bay as ECF 37 may be withdrawn; and

1

2. Saticoy Bay shall have until January 4, 2019 to file an amended summary judgment motion.

The parties represent that the defendants summary judgment motion is being withdrawn because of representations made in the motion regarding the plaintiffs responses to the defendants written discovery requests. Written discovery was served on the plaintiff on February 8, 2017. This case was stayed by order entered on February 27, 2017 (ECF 23). An order lifting the stay was entered on September 24, 2018 (ECF 29).

Counsel for the plaintiff did not respond to the written discovery, however, counsel for the defendant never made a request for discovery responses after the stay was lifted.

After discussion between counsel for Selene Finance and Saticoy Bay, it was determined that it would not be fair to base part of Saticoy Bay's motion for summary judgment based on discovery which was not responded to when counsel for Saticoy Bay did not request responses after the stay was lifted.

DATED this 28th day of December, 2018

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /S/ Michael F. Bohn, Esq./
   Michael F. Bohn, Esq.
   2260 Corporate Circle, Suite 480
   Henderson, Nevada 89074
   Attorney for defendant Saticoy Bay

AKERMAN LLP

By: /S/ / Tenesa Powell, Esq./
   Tenesa Powell, Esq.
   1635 Village Center Circle, Suite 200
   Las Vegas, NV 89134
   Attorney for plaintiff Selene Finance

IT IS SO ORDERED this 2nd day of January, 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /S/ Michael F. Bohn, Esq./
   MICHAEL F. BOHN, ESQ.
   2260 Corporate Circle, Suite 480
   Las Vegas, Nevada 89119
   Attorney for defendant Saticoy Bay